UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN GOVEA, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 4:18-CV-01682 |
| UNITED STATES POSTAL SERVICE, *et al*, | § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation filed April 22, 2019 (Doc # 20), it is hereby ORDERED that this action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED. 05/15/2019.

_____
The Honorable Alfred H. Bennett
United States District Judge